UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Y.I., et al,

                    Plaintiff(s)

    -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,
                    Defendant(s).
------------------------------------------------------------X

24 civ 4741 (JGK)

## ORDER

The parties shall submit a Rule 26(f) report by **October 28, 2024.**

The conference scheduled for Tuesday, October 15, 2024, at 12:30pm, is canceled.

**SO ORDERED.**

                                            **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       October 7, 2024